NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1374

TIVO, INC.,

Plaintiff-Appellee,

v.

ECHOSTAR CORPORATION,
ECHOSTAR DBS CORPORATION,
ECHOSTAR TECHNOLOGIES CORPORATION,
ECHOSPHERE LIMITED LIABILITY CORPORATION,
ECHOSTAR SATELLITE LLC,
and DISH NETWORK CORPORATION,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 04-CV-00001, Judge David Folsom.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The appellants submit a motion for a stay, pending appeal, of the order of the United States District Court for the Eastern District of Texas (1) holding the appellants in contempt of its previous injunction, (2) enjoining the appellants, and (3) requiring that the appellants take certain steps in light of its contempt holdings. The appellants also request a temporary stay, pending disposition of the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    TiVo Inc. is directed to respond to the motion no later than noon on June 10, 2009.

(2)    The district court's order is temporarily stayed, pending this court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

**JUN -3 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK

cc:    Donald R. Dunner, Esq.
       Morgan Chu, Esq.

s8